**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 13-04150 |
| | ) | |
| STACEE L JACKSON, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Honorable Bruce W. Black |
| | ) | (Joliet) |
| | ) | |

**CERTIFICATE OF SERVICE**

To:   See attached Service List

I, the undersigned attorney, certify that I served a copy of **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Dated: May 19, 2016                             */s/ Joji Takada*
                                                             Bankruptcy Trustee

Prepared by:

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

**SERVICE LIST**

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Yanick Polycarpe    ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com
- Karen J Porter    porterlawnetwork@gmail.com, portersam100@comcast.net
- Michael L Sherman    shermlaw1@aol.com
- Zane L Zielinski    zzielinski@wfactorlaw.com, fax@zanezielinski.com

| | | |
|---|---|---|
| White F. Ogelsby | Green Tree Servicing LLC | Stacee L Jackson |
| 12 Putting Green Drive | P.O. BOX 0049 | 1276 Revere Court |
| O'Fallon, MO 63368 | PALATINE, IL 60055-004 | Crete, IL 60417 |

{00010738 / 2013 / 016 /}                              1