# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| Stacee L Jackson | § | Case No. 13-04150 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 313,566.00                Assets Exempt: 76,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  15,155.72     Claims Discharged
                                                 Without Payment:  81,429.95

Total Expenses of Administration:  5,844.28

---

3) Total gross receipts of $ 21,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 21,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,765.28 | 5,844.28 | 5,844.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 189,015.97 | 96,585.67 | 15,155.72 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 193,781.25 | $ 102,429.95 | $ 21,000.00 |

4)  This case was originally filed under chapter 7 on  02/03/2013 . The case was pending for 51 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/07/2017             By:/s/Joji Takada, Chapter 7 Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single Family Home | 1110-000 | 19,000.00 |
| Bank Account | 1129-000 | 2,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

Case 13-04150    Doc 101    Filed 04/26/17    Entered 04/26/17 14:13:30    Desc Main
         Document      Page 4 of 13

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 2,850.00 | 2,850.00 | 2,850.00 |
| Joji Takada | 2200-000 | NA | 2.27 | 2.27 | 2.27 |
| Associated Bank | 2600-000 | NA | 383.71 | 383.71 | 383.71 |
| The Bank of New York Mellon | 2600-000 | NA | 40.40 | 40.40 | 40.40 |
| United States Treasury | 2810-000 | NA | 393.00 | 393.00 | 393.00 |
| Illinois Department of Revenue | 2820-000 | NA | -20.60 | 1,058.40 | 1,058.40 |
| Callero and Callero LLP | 3410-000 | NA | 1,116.50 | 1,116.50 | 1,116.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,765.28 | $ 5,844.28 | $ 5,844.28 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Green Tree Servicing LLC | 7100-000 | NA | 108,174.05 | 64,103.75 | 10,058.83 |
| 1 | White F. Ogelsby | 7100-000 | NA | 80,841.92 | 32,481.92 | 5,096.89 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 189,015.97 | $ 96,585.67 | $ 15,155.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-04150 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Stacee L Jackson | | | | Date Filed (f) or Converted (c): | 02/03/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2013 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 07/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home  1276 Revere Court, Crete IL, jointly owned with non-filing spouse | 236,800.00 | 50,910.00 | | 0.00 | FA |
| 2. Single Family Home  13933 Park Avenue Dolton Illnois, rental property, jointly owned with non-filing spouse | 78,100.00 | 78,100.00 | | 19,000.00 | FA |
| 3. Single Family Home  14129 S Marquette Burnham, IL, rental property, jointly owned with non-filing spouse | 75,033.00 | 0.00 | | 0.00 | FA |
| 4. Single Family Home  14131 Marquette, Burnham IL, rental income jointly owned | 33,833.00 | 0.00 | | 0.00 | FA |
| 5. Bank Account  Citibank Checking | 2,000.00 | 2,000.00 | | 2,000.00 | FA |
| 6. Bank Account  Citibank Savings | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 7. Bank Account  Citibank Checking | 300.00 | 300.00 | | 0.00 | FA |
| 8. Household Goods Furnishings | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 9. Wearing Apparel | 4,000.00 | 500.00 | | 0.00 | FA |
| 10. Term Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 11. IRA ERISA Keough Pension Profit Sharing Plan | 5,500.00 | 5,500.00 | | 0.00 | FA |
| 12. Inheritance Estate of Decedent Death Benefit Plan Life Insur | 0.00 | Unknown | | 0.00 | FA |
| 13. Vehicle  2000 Ford Explorer | 3,500.00 | 3,500.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-04150 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Stacee L Jackson | | | | Date Filed (f) or Converted (c): | 02/03/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2013 |
| For Period Ending: | 04/07/2017 | | | | Claims Bar Date: | 07/31/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Vehicle  2009 Lincoln MKX | 17,000.00 | 17,000.00 | | 0.00 | FA |
| 15. Rent Income  Unpaid rent, uncollectable tenant | 8,000.00 | 8,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $470,066.00    $171,810.00    $21,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an unencumbered rental home; Trustee has hired a broker and counsel to assist in the marketing and sale of property.

Debtor making installment payments pursuant to settlement agreement. - Joji Takada 11/30/2014

Debtor continuing to make installment payments pursuant to settlement agreement. - Joji Takada 4/7/2015

All installment payments received. - Joji Takada 12/24/2015

Motion to employ account filed; Tax returns prepared and filed; Awaiting prompt determination. - Joji Takada 12/24/2015

Distributions made; Checks cleared; TDR to be filed. - Joji Takada 10/24/2016

Distributions made; Checks cleared; TDR to be filed. - Joji Takada 12/2/2016

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-04150 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Stacee L Jackson | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9819 |
| | Checking |
| Taxpayer ID No: XX-XXX5701 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8293 | Transfer of Funds | 9999-000 | $10,459.60 | | $10,459.60 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,449.60 |
| 02/27/15 | 2 | Stacee L Jackson | Settlement payment Installment payment re settlement for rental property | 1110-000 | $3,500.00 | | $13,949.60 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.37 | $13,935.23 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.72 | $13,914.51 |
| 04/28/15 | 2 | Stacee Jackson | Installment payment re compromise | 1110-000 | $3,500.00 | | $17,414.51 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.52 | $17,393.99 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.86 | $17,368.13 |
| 06/21/15 | 2 | Stacee Jackson | Settlement payment Final installment payment re compromise of rental property | 1110-000 | $3,500.00 | | $20,868.13 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.50 | $20,841.63 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.98 | $20,810.65 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.94 | $20,779.71 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.90 | $20,749.81 |

Page Subtotals: $20,959.60    $209.79

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-04150 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Stacee L Jackson | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9819 |
| | Checking |
| Taxpayer ID No: XX-XXX5701 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.85 | $20,718.96 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.81 | $20,689.15 |
| 12/09/15 | 1001 | United States Treasury Internal Revenue Service Cincinnati, Ohio 45999 | Income Tax Estate income tax to IRS | 2810-000 | | $393.00 | $20,296.15 |
| 12/09/15 | 1002 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Income Tax Estate tax to Illinois | 2820-000 | | $1,079.00 | $19,217.15 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.65 | $19,187.50 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.53 | $19,158.97 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.64 | $19,132.33 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.44 | $19,103.89 |
| 07/08/16 | 1004 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal Incorrect payee; Software mistook trustee expense under $5.00 for remittance to court. | 2200-000 | | ($2.27) | $19,106.16 |
| 07/08/16 | 1003 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $2,850.00 | $16,256.16 |
| 07/08/16 | 1004 | Clerk, U.S. Bankruptcy Court | Remit to Court | 2200-001 | | $2.27 | $16,253.89 |
| 07/08/16 | 1005 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $1,116.50 | $15,137.39 |
| | | | Page Subtotals: | | $0.00 | $5,612.42 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-04150 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Stacee L Jackson | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9819 |
| | Checking |
| Taxpayer ID No: XX-XXX5701 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/16 | 1006 | White F. Ogelsby<br>12 Putting Green Drive<br>O'Fallon, MO 63368 | Final distribution per court order. | 7100-000 | | $5,089.97 | $10,047.42 |
| 07/08/16 | 1007 | Green Tree Servicing LLC<br>PO Box 44265<br>Jacksonville, FL 32231-4265 | Final distribution per court order. | 7100-000 | | $10,045.15 | $2.27 |
| 07/08/16 | 1008 | Takada, Joji<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Trustee expense | 2200-000 | | $2.27 | $0.00 |
| 09/08/16 | | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Income Tax<br>Overpayment of estate tax | 2820-000 | | ($20.60) | $20.60 |
| 09/13/16 | 1009 | White F. Ogelsby<br>12 Putting Green Drive<br>O'Fallon, MO 63368 | Final distribution per court order. | 7100-000 | | $6.92 | $13.68 |
| 09/13/16 | 1010 | Green Tree Servicing LLC<br>PO Box 44265<br>Jacksonville, FL 32231-4265 | Final distribution per court order. | 7100-000 | | $13.68 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,959.60 | $20,959.60 |
| Less: Bank Transfers/CD's | $10,459.60 | $0.00 |
| Subtotal | $10,500.00 | $20,959.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,500.00 | $20,959.60 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $15,137.39 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-04150 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Stacee L Jackson | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8293 |
| | Checking |
| Taxpayer ID No: XX-XXX5701 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/14 | | Stacee Jackson | Settlement payment Installment payment re compromise of rental property | | $3,500.00 | | $3,500.00 |
| | | | Gross Receipts        $3,500.00 | | | | |
| | 2 | | Single Family Home    $1,500.00 | 1110-000 | | | |
| | 5 | | Bank Account          $2,000.00 | 1129-000 | | | |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,490.00 |
| 10/22/14 | 2 | Stacee L Jackson | Settlement payment Installment payment re: compromise of rental property | 1110-000 | $3,500.00 | | $6,990.00 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,980.00 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.04 | $6,969.96 |
| 01/05/15 | 2 | Stacee Jackson | Settlement payment Installment payment per compromise re rental property | 1110-000 | $3,500.00 | | $10,469.96 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.36 | $10,459.60 |
| 01/26/15 | | Transfer to Acct # xxxxxx9819 | Transfer of Funds | 9999-000 | | $10,459.60 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,500.00 | $10,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $10,459.60 |
| Subtotal | $10,500.00 | $40.40 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,500.00 | $40.40 |
| Page Subtotals: | $10,500.00 | $10,500.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8293 - Checking | $10,500.00 | $40.40 | $0.00 |
| XXXXXX9819 - Checking | $10,500.00 | $20,959.60 | $0.00 |
| | $21,000.00 | $21,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $21,000.00 |
| Total Gross Receipts: | $21,000.00 |